In re EAST 178th ST. (Supreme Court, Appellate Division, First Department. July 12,

1906.) In the matter of the opening of East 178th street. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.